**Order entered May 30, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01074-CR

**DAVID ANTHONY MCGEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-00275-Y**

## ORDER

The Court **ORDERS** Sharon Hazlewood, as official court reporter of the Criminal District Court No. 7, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing a copy of State's Exhibit no. 32, the 911 call.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Sharon Hazlewood, official court reporter, Criminal District Court No. 7; Sharina Fowler, deputy official court reporter, Criminal District Court No. 7; Patricia Holt, deputy official court reporter, Criminal District Court No. 7; and to counsel for all parties.

/s/     DAVID EVANS
            JUSTICE